746 A.2d 1117

**In re Nomination Petition of April A. STOUDT, Candidate for Senator in the General Assembly from the 11th Senatorial District.**

**Appeal of April A. Stoudt**

Supreme Court of Pennsylvania.

Submitted March 17, 2000.

Decided March 24, 2000.

Thomas L. Wenger, Wix Wenger & Weidner, Harrisburg, for April A. Stoudt.

Richard L. Orwig, Reading, for Dominic Parisi.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

*ORDER*

PER CURIAM.

AND NOW, this 24th day of March, 2000, the order of Commonwealth Court is hereby affirmed.

Justice SAYLOR dissents.